EDWARD C. JONES et al., Respondents, *v.* CHARLES F. GALE, as Receiver of THE ELMIRA NATIONAL BANK, Appellant.

*Jones* v. *Gale,* 11 App. Div. 632, affirmed.
(Argued December 14, 1897; decided January 11, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 23, 1896, upon an order affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*George J. Sicard* for appellant.

*Samuel D. Halliday* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur.

---

ESTELLE FLOYD, as Administratrix of WALLACE J. FLOYD, Deceased, Appellant, *v.* ELIZABETH FLOYD, Respondent.

*Floyd* v. *Floyd,* 89 Hun, 604, affirmed.
(Argued December 15, 1897; decided January 11, 1898.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered August 23, 1895, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit without a jury.

*Thomas J. Ritch, Jr.,* for appellant.

*Timothy M. Griffing* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN and BARTLETT, JJ., who dissent.